UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

UNITED STATES of AMERICA

    Plaintiff,

v.

| | |
|---|---|
| Jordan Scott Christiansen | Case No. 4:13-mj-180 |
| Michael Thomas Sackett, | Case No. 4:13-mj-181 |
|     Defendants. | |

Clerk's Minutes of Proceedings

| | |
|---|---|
| The Honorable Charles S. Miller, Jr. | Date:  October 15, 2013 |
| Bismarck, North Dakota | Time: 4:10 PM |
| Digital Recording: 131015-Sack-Chris.mp3 | Clerk: Rob Ansley<br>USPO: Dawn Arenz |

Proceeding: Initial Appearance on Complaint

Appearances:
    Gary Delorme for Government

Court notes appearances.
Defendants advised of rights.
Court makes inquiries of Mr. Christiansen's financial status. Court finds defendant eligible for court appointed counsel.
Court reviews complaint and maximum charges.
USA is requesting detention.
Mr. Sackett will retain an attorney.
Court orders detention and will schedule bond hearing.
Recess: 4:20 PM