UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

United States of America

-vs-                                                              Criminal Case: 4:13-mj-181

Michael Sackett

CLERK'S MINUTES OF HEARING

Hon. Charles S. Miller, Jr.　　　　　　　　　Date:　October 18, 2013
Bismarck, North Dakota　　　　　　　　　　Time:　11:10 AM
Court Reporter: SE　　　　　　　　　　　　Clerk:　Candace M. Schafer, CLA
Proceedings:　Prel Hrg/Det Hrg　　　　　　　USPO: Megan Scherff

Appearances:　Gary Delorme　　　　　　　　Jacob Rodenbiker

Dft waives preliminary hearing
Court accepts waiver as knowingly and voluntarily made with advice of counsel
Parties have reached agreement regarding release
Dft released on PR bond with conditions
Dft directed to review bond section re advice of penalties and sanctions
Recess 11:20 AM